UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| ARYEE HENDERSON, | ) | C/A No.: 4:20-2726-SAL-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| OFFICER CLEVELAND, SGT. THOMAS, | ) | |
| OFFICER CORLEY, OFFICER PARRISH, | ) | |
| OFFICER DELK, OFFICER HENDERSON, SGT. | ) | |
| COAXUM, LT. ANDERSON-DAVENPORT, | ) | |
| | ) | |
| Defendants. | ) | |

_____

Defendants filed a motion for summary judgment and Plaintiff filed several extensions of time to file a response to the motion. (ECF Nos. 154, 162, 178 and 182). Additionally, Plaintiff filed  motions to compel discovery and a motion for "Recording Depositions on Oral Examination by Videotape or Other Photographic Means." (ECF Nos. 148, 149, and 169). Plaintiff's motion to compel was granted in part and denied in part by order of the court on June 9, 2022. (ECF No. 186).  Plaintiff filed a response in opposition to Defendants' motion for summary judgment on June 23, 2022. On June 24, 2022, Defendants filed a motion for an extension of time to respond to the Court's order of June 9, 2022, granting, in part, Plaintiff's motion to compel with respect to Exhibits B and C. (ECF No. 190). This motion was granted and Defendants' were given until July 15, 2022, to respond to the Order. (ECF No.

191). Therefore, the Plaintiff shall have until July 29, 2022, to file any supplemental response to Defendants' motion for summary judgment based on Defendants' responses to discovery.

IT IS SO ORDERED.


s/Thomas E. Rogers, III

June 30, 2022                                    Thomas E. Rogers, III
Florence, South Carolina                         United States Magistrate Judge

2